UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MILANA DRAVNEL,

      *Plaintiff,*

- against -

OSCAR DE LA HOYA, and JOHN and/or JANE
DOES 1 & 2,

      *Defendants.*
------------------------------------------------------------------X

Case No.: 07-cv-10406

Hon. Laura T. Swain

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed: (i) declaration of Judd Burstein, dated November 26, 2007, and the exhibits annexed thereto; and (ii) the accompanying memorandum of law, dated November 26, 2007, Defendant Oscar De La Hoya will move this Court, before the Honorable Laura T. Swain, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, 10007, on such day and time when counsel may be heard, for an Order (i) compelling Plaintiff Milana Dravnel to arbitrate the Complaint's First, Second, Third and Fifth Claims for Relief, and (ii) staying the litigation of the Complaint's Fourth Claim for Relief pending completion of the arbitration, or (iii) in the alternative, dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), with (iv) such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Hon. Laura T. Swain's Individual Practices Rule 2(B), the undersigned hereby certifies that they have made their best efforts, via both letter and telephone, to resolve the matters discussed herein informally with Plaintiff's counsel.

Dated: New York, New York
      November 26, 2007

                              Yours, etc.,
                              JUDD BURSTEIN, P.C.

                              By:_____
                              Judd Burstein (JB-9585)
                              1790 Broadway, Suite 1501
                              New York, New York 10019
                              Tel:   (212) 974-2400
                              Fax:  (212) 974-2944

                              – AND –

                              GREENBERG GLUSKER
                              Bert Fields, Esq.
                              Jeffrey Spitz, Esq.
                              1900 Avenue of the Stars
                              21st Floor
                              Los Angeles, California 90067
                              Tel:   (310) 553-3610
                              Fax:  (310) 553-0687
                              *Attorneys for Defendant Oscar De La Hoya*

TO:    Salvatore Strazzullo, Esq.
        Strazzullo Law Firm
        100 Park Avenue
        Suite 1600
        New York, New York 10017
        Tel:   (212) 551-3224
        Fax:  (212) 926-5001
        *Attorneys for Plaintiff Milana Dravnel*