UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MILANA DRAVNEL,                                                          Case No.: 07-cv-10406

                Plaintiff,                                             Hon. Laura T. Swain

   -against-

OSCAR DE LA HOYA, and JOHN and/or JANE         **DEMAND FOR JURY TRIAL**
DOES 1 & 2,

                Defendants.

-----------------------------------------------------------X

     To: GREENBURG GLUSKER and JUDD BURSTEIN, P.C., Attorneys for

Oscar De La Hoya,

     Please take notice that, pursuant to Rules 38 and 81(c) of the Federal Rules of

Civil Procedure, Plaintiff Milana Dravnel demands a jury trial in the above-entitled

action. This demand is made and served within 10 days after service on plaintiff of the

notice of filing the notice of removal herein.

Dated: New York, New York         Yours, etc.
       November 30, 2007            STRAZZULLO LAW FIRM

                                               By:
                                       Salvatore E. Strazzullo, Esq. (SS 7419)
                                       100 Park Avenue, Suite 1600
                                       New York, New York 10017
                                       Tel: (212) 551-3224
                                       Fax: (212) 926-5001
                                       *Attorneys for Plaintiff Milana Dravnel*

TO:    Judd Burstein, Esq.
         Judd Burstein, P.C.
         1790 Broadway, Suite 1501
         New York, New York 10019
         Tel:   (212) 974-2400
         Fax:  (212) 974-2944

-AND-

Greenberg Glusker
Bert Fields, Esq.
Jeffrey Spitz, Esq.
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067
Tel:    (310) 553-3610
Fax:   (310) 553-0687
*Attorneys for Oscar De La Hoya*

2

**DECLARATION OF SERVICE**

SALVATORE E. STRAZZULLO, an attorney duly licensed to practice law in the State of New York and admitted to the bar of this Court pursuant to 29 U.S.C. § 1746 and Local Civil Rule 1.10, herby declares, under penalty of perjury, the foregoing to be true an correct:

I am not a party to this action and I am over 18 years of age;

On November 30, 2007, a true and correct copy of PLAINTIFF'S DEMAND FOR JURY TRIAL and Letter to Judge Swain dated November 30, 2007, are being served on:

Judd Burstein, Esq.
Judd Burstein, P.C.
1790 Broadway, Suite 1501
New York, New York  10019

-AND-

Greenberg Glusker
Bert Fields, Esq.
Jeffrey Spitz, Esq.
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067

by depositing a true copy of same enclosed in a postpaid express mail wrappers with a Federal Express representative under the exclusive care and custody of Federal Express., on this 30th day of November 2007.

Dated:      New York, New York
            November 30, 2007

_____
SALVATORE E. STRAZZULLO