12/05/2007 11:21 FAX 212 874 2944    Judd Burstein PC    ☒002/002
12/04/2007 TUE 17:55 FAX 212 338 9452 Miller & Wrubel P C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MILANA DRAVNEL,

          Plaintiff,          Case No.:07-CV-10406

  -against-                          STIPULATION

OSCAR DE LA HOYA, and JOHN and/or JANE
DOES 1 & 2,
          Defendants.
----------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties herein that the motion filed on November 26, 2007 is hereby adjourned on consent. Plaintiff shall serve opposition no later than January 2, 2008. Defendant shall file their Reply on January 8, 2008. This stipulation may be executed in counterpart, and by facsimile, each of which shall be deemed an original and shall constitute the same stipulation.

Dated:   New York, New York
           December 4, 2007

_____          _____
Attorney for Plaintiff                       Attorney for Defendants
Salvatore Strazzullo (SS 7419)         Judd Burstein (JB 9585)
100 Park Avenue, Suite 1600           1790 Broadway, Suite 1501
New York, NY 10017                     New York, NY 10019
800-476-9993                               212-974-2400