SwAIN, T

12/04/2007 TUE 17:55 FAX 212 338 9452 Miller & Wrubel P C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 0 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MILANA DRAVNEL,

        Plaintiff,

-against-

OSCAR DE LA HOYA, and JOHN and/or JANE
DOES 1 & 2,

        Defendants.
---------------------------------------X

Case No.:07-CV-10406 (LTS)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties herein that the motion filed on November 26, 2007 is hereby adjourned on consent. Plaintiff shall serve opposition no later than January 2, 2008. Defendant shall file their Reply on January 8, 2008. This stipulation may be executed in counterpart, and by facsimile, each of which shall be deemed an original and shall constitute the same stipulation.

Dated:    New York, New York
             December 4, 2007

Attorney for Plaintiff
Salvatore Strazzullo (SS 7418)
100 Park Avenue, Suite 1600
New York, NY 10017
800-476-9993

Attorney for Defendants
Judd Burstein (JB 9585)
1790 Broadway, Suite 1501
New York, NY 10019
212-974-2400

12/10/2007
U.S.D.J.