UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILANA DRAVNEL,

                *Plaintiff*,

      – against –

OSCAR DE LA HOYA and JOHN AND/OR JANE DOES 1 & 2,

                *Defendants*.
------------------------------------------------------------------X

Case No.: 07-cv-10406

Hon. Laura Taylor Swain

**MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

    **PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Judd Burstein, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Jeffrey Spitz |
| Firm Name: | Greenberg Glusker Fields Claman & Machtinger LLP |
| Address: | 1900 Avenue of the Stars, 21st Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone Number: | (310) 553-3610 |
| Fax Number: | (310) 553-0687 |

Jeffrey Spitz is a member in good standing of the Bar of the State of California. Furthermore, there are no pending disciplinary proceedings against Jeffrey Spitz in any State or Federal Court.

Dated: New York, New York
       December 11, 2007

                                          Yours etc.,
                                          JUDD BURSTEIN, P.C.

                                          By:_____
                                              Judd Burstein, Esq. (JB-9585)
                                        1790 Broadway, Suite 1501
                                        New York, New York 10019
                                        Tel:   (212) 974-2400
                                        Fax:  (212) 974-2944
                                        *Attorneys for Defendant Oscar De La Hoya*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILANA DRAVNEL,

                *Plaintiff*,

  – against –

OSCAR DE LA HOYA and JOHN AND/OR JANE
DOES 1 & 2,

                *Defendants*.
------------------------------------------------------------------X

Case No.: 07-cv-10406

Hon. Laura Taylor Swain

**DECLARATION OF
JUDD BURSTEIN IN SUPPORT
OF MOTION TO ADMIT
JEFFREY SPITZ *PRO HAC VICE***

I, JUDD BURSTEIN, declare as follows:

1. I am a principal of Judd Burstein, P.C., counsel for Defendant Oscar De La Hoya in the above-captioned action. I am familiar with the proceedings in this case. I submit this Declaration based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Jeffrey Spitz as counsel *pro hac vice* to represent Defendant Oscar De La Hoya in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jeffrey Spitz, Esq. since 2003.

4. Jeffrey Spitz, Esq. is a Partner of Greenberg Glusker Fields Claman & Machtinger LLP, in Los Angeles, California.

5. I have found Mr. Spitz to be a skilled attorney and a person of high integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move this Court for the admission of Jeffrey Spitz, Esq., *pro hac vice*.

7. I respectfully submit a proposed Order granting the admission of Jeffrey Spitz, Esq., *pro hac vice*, which is attached hereto as Exhibit A.

8. Further, I respectfully submit an original Certificate of Good Standing for Jeffrey Spitz, dated November 30, 2007, issued by the State Bar of California, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Jeffrey Spitz, Esq., *pro hac vice*, to represent Defendant Oscar De La Hoya in the above-captioned matter, be granted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 11th day of December, 2007, in New York County, New York.

_____
JUDD BURSTEIN (JB-9585)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILANA DRAVNEL,

                 *Plaintiff*,

   – against –

OSCAR DE LA HOYA and JOHN AND/OR JANE
DOES 1 & 2,

                 *Defendants*.
------------------------------------------------------------------X

Case No.: 07-cv-10406

Hon. Laura Taylor Swain

**ORDER FOR ADMISSION
*PRO HAC VICE* ON
WRITTEN MOTION**

Upon the motion of Judd Burstein, Esq., attorney for Defendant Oscar De La Hoya, and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | Jeffrey Spitz |
| Firm Name: | Greenberg Glusker Fields Claman & Machtinger LLP |
| Address: | 1900 Avenue of the Stars, 21st Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone Number: | (310) 553-3610 |
| Fax Number: | (310) 553-0687 |
| E-mail address: | jspitz@ggfirm.com |

is admitted to practice *pro hac vice* as counsel for Defendant Oscar De La Hoya in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
       December___, 2007

                                            _____
                                            United States District Judge

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

November 30, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY SPITZ, #119343 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1985; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

      Julian A. Davila, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Hollis, New York; that on the 11th day of December, 2007, deponent served the within Motion to Admit Counsel *Pro Hac Vice*

UPON:

    Salvatore Strazzullo, Esq.
    Strazzullo Law Firm
    100 Park Avenue
    Suite 1600
    New York, New York 10017

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, by regular mail in a post office/official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                                          _____
                                                          Julian A. Davila

Sworn to before me this
11th day of December, 2007

_____
Notary Public

PAUL GUZMAN
Notary Public, State of New York
No. 01GU6081645
Qualified in Queens County
Commission Expires 10/15/2010