UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILANA DRAVNEL,

       *Plaintiff*,

  - against -

OSCAR DE LA HOYA, and JOHN and/or JANE
DOES 1 & 2,

       *Defendants*.
------------------------------------------------------------------X

Case No.: 07-cv-10406

Hon. Laura T. Swain

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed: (i) declaration of Judd Burstein, dated January 8, 2008, and the exhibit annexed thereto; and (ii) the accompanying memorandum of law, dated January 8, 2008, Defendant Oscar De La Hoya will move this Court, before the Honorable Laura T. Swain, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, 10007, on such day and time when counsel may be heard, for an Order (i) dismissing Plaintiff Milana Dravnel's Amended Complaint, dated January 2, 2008, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(g); and (ii) granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Hon. Laura T. Swain's Individual Practices Rule 2(B), the undersigned hereby certifies that they have made their best efforts, via extensive telephone conversations, to resolve the matters discussed herein informally with Plaintiff's counsel.

Dated: New York, New York
January 8, 2008

> Yours, etc.,
>
> Bertram Fields, Esq.
> Jeffrey Spitz, Esq.
> GREENBERG GLUSKER
> 1900 Avenue of the Stars
> 21st Floor
> Los Angeles, California 90067
> Tel:   (310) 553-3610
>
> JUDD BURSTEIN, P.C.
>
> By:_____
> Judd Burstein (JB-9585)
> 1790 Broadway, Suite 1501
> New York, New York 10019
> Tel:   (212) 974-2400
>
> *Attorneys for Defendant Oscar De La Hoya*

TO:   Salvatore Strazzullo, Esq.
Strazzullo Law Firm
100 Park Avenue
Suite 1600
New York, New York 10017
Tel:   (212) 551-3224
Fax:   (212) 926-5001
*Attorneys for Plaintiff Milana Dravnel*