UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILANA DRAVNEL,

      *Plaintiff,*

  - against -

OSCAR DE LA HOYA, and JOHN and/or JANE
DOES 1 & 2,

      *Defendants.*
------------------------------------------------------------------X

Case No.: 07-cv-10406

Hon. Laura T. Swain

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that upon the annexed: (i) declaration of Judd Burstein, dated February 7, 2008, and the exhibits annexed thereto; and (ii) the accompanying memorandum of law, dated February 7, 2008, Defendant Oscar de la Hoya will move this Court, before the Honorable Laura T. Swain, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, 10007, on such day and time when counsel may be heard, for an Order (i) compelling arbitration of all of Plaintiff Milana Dravnel's claims in the Amended Complaint, dated January 2, 2008, pursuant to 9 U.S.C. §§ 3 and 4; and (ii) granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Hon. Laura T. Swain's Individual Practices Rule 2(B), the undersigned hereby certifies that they have made their best efforts, via extensive telephone conversations, to resolve the matters discussed herein informally with Plaintiff's counsel.

Dated: New York, New York
February 7, 2008

Yours, etc.,

Bertram Fields, Esq.
Jeffrey Spitz, Esq.
GREENBERG GLUSKER
1900 Avenue of the Stars
21st Floor
Los Angeles, California 90067
Tel:   (310) 553-3610

JUDD BURSTEIN, P.C.

By: _____
Judd Burstein (JB-9585)
1790 Broadway, Suite 1501
New York, New York 10019
Tel:   (212) 974-2400

*Attorneys for Defendant Oscar de la Hoya*

TO:   Salvatore Strazzullo, Esq.
Strazzullo Law Firm
100 Park Avenue
Suite 1600
New York, New York 10017
Tel:   (212) 551-3224
Fax:   (212) 926-5001
*Attorneys for Plaintiff Milana Dravnel*