UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MILANA DRAVNEL,

        Plaintiff,

  -v-                                        No. 07 Civ. 10406 (LTS)(JCF)

OSCAR DE LA HOYA,
John and/or Jane Does 1 & 2,

        Defendants.

-------------------------------------------------------x

**ORDER**

        The pre-trial conference originally scheduled for May 2, 2008, is adjourned to June 11, 2008, at 12:30 p.m.

        SO ORDERED.

Dated:     New York, New York
             March 31, 2008

                                                LAURA TAYLOR SWAIN
                                                United States District Judge

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: MAR 3 1 2008*