UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MILANA DRAVNEL,

       Plaintiff,

-v-                                     No. 07 Civ. 10406 (LTS)(JCF)

OSCAR DE LA HOYA,
John and/or Jane Does 1 & 2,

       Defendants.

-----------------------------------------------------------x



## ORDER

       The pre-trial conference originally scheduled for June 11, 2008, is adjourned to June 25, 2008, at 12:30 p.m.

       SO ORDERED.

Dated:      New York, New York
               June 4, 2008

                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge