UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILANA DRAVNEL,

              *Plaintiff,*

- against -

OSCAR DE LA HOYA, and JOHN and/or JANE
DOES 1 & 2,

              *Defendants.*
------------------------------------------------------------------X

Case No.: 07-cv-10406

Hon. Laura T. Swain

**NOTICE OF DISMISSAL
WITH PREJUDICE**

       **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff MILANA DRAVNEL hereby dismisses all claims in this action **with prejudice** and without costs and disbursements.

Dated: New York, New York
       June 6, 2008

                              Yours, etc.,

                              STRAZZULLO LAW FIRM

                              By:_____
                                 Salvatore Strazzullo (SS-7419)
                              100 Park Avenue, Suite 1600
                              New York, New York 10017
                              Tel:   (212) 551-3224
                              *Attorneys for Plaintiff Milana Dravnel*