Case 1:07-cv-10406-LTS    Document 35    Filed 06/07/2008    Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  JUN 1 2 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MILANA DRAVNEL,

                                        Case No.: 07-cv-10406

        *Plaintiff,*

                                        Hon. Laura T. Swain

    - against -

OSCAR DE LA HOYA, and JOHN and/or JANE
DOES 1 & 2,                             **NOTICE OF DISMISSAL
                                        WITH PREJUDICE** ____

        *Defendants.*
-------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff MILANA DRAVNEL hereby dismisses all claims in this action **with prejudice**

and without costs and disbursements.

Dated: New York, New York
       June 6, 2008

                                        Yours, etc.,

                                        STRAZZULLO LAW FIRM

                                        By: _____
                                            Salvatore Strazzullo (SS-7419)
                                        100 Park Avenue, Suite 1600
                                        New York, New York 10017
                                        Tel:  (212) 551-3224
                                        *Attorneys for Plaintiff Milana Dravnel*

The Clerk of Court is requested to terminate all pending
Motions (see docket entries 15 and 25) and close this case.

                        **SO ORDERED.**

                        _____ 6/11/08
                        LAURA TAYLOR SWAIN
                        UNITED STATES DISTRICT JUDGE