# CARDENAS LAW OFFICE

**J. Roberto Cardenas**
Natalia Berrino*

*Admitted in Argentina

Of Counsel:
Raymond E. Villanueva
Mark Goldfarb

VIA FASIMILE

April 8, 2022

Hon. Laura Taylor Swain
United States Chief District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **Dravnel v. De La Hoya, Case No. 07-CV-10406 (LTS)**

Dear Judge Taylor Swain:

    I am the attorney for Ms. Milana Dravnel, the plaintiff in the above-captioned case. I confirmed with your chambers that I should email this letter to request the Court's assistance in obtaining a copy of Ms. Dravnel's file regarding this case and the subsequent settlement which took place. I have tried various times to obtain the file by contacting Ms. Dravnel's then attorney, Salvatore Emilio Strazzullo, Esq., via email on 9/27/21, 11/22/21, 2/2/22 and 2/11/22 all to no avail.

    The reason for this request is that Ms. Dravnel has retained me to review the case and subsequent settlement. Mr. Strazzullo has effectively refused to provide me a copy of the file. The file is Ms. Dravnel's and she is entitled to a complete copy of the same. As such, I would respectfully request the Court's intervention to assist Ms. Dravnel in obtaining a copy of her file.

    Wherefore, it is respectfully requested that this Court assist Ms. Dravnel in obtaining a copy of the file and consider placing this matter on the calendar to address why Mr. Strazzullo has refused to provide a copy of the same.

    Thank you for your thoughtful attention herein.

The above-captioned case has been closed for more than a decade. The applicant has shown no basis for jurisdiction to entertain this request, which is hereby denied. Chambers will mail a copy of this order to Mr. Cardenas.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ 4/11/2022

Respectfully submitted,

*J. R. Cardenas*

J. Roberto Cardenas

Cc: Salvatore Emilio Strazzullo, Esq.
     7101 18th Avenue
     Brooklyn, NY 11214
     Via email to: nyclawyers@aol.com

---

| 119 W 57th Street | Suite 1215 | New York NY 10019 | T: 212.977.7095 | F: 212.977.7085 |
| Pernerova 51 | 5th Floor | 186 00 Prague 8-Karlin | Czechia | T: +420 605.399.277 |

www.cardenaslawoffice.com　　　　　　　　　　　　　　　　　　　　　　　　roberto@jrc-esq.com